

**RatnerPrestia**
WE SPECIALIZE IN THE LAW OF CREATIVITY®

ANDREW J. KOOPMAN
DIRECT DIAL: 610-993-4217
Email: AKoopman@ratnerprestia.com

October 29, 2018

**VIA CM/ECF**
**AND HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9
Room 6325
Wilmington, DE 19801-3555

    **Re:**   *Cabela's LLC v. Matthew Highby, Molly Highby, and Highby Outdoors, LLC,*
             C.A. No. 18-cv-1223-RGA

Dear Judge Andrews:

On behalf of Defendants Matthew Highby and Molly Highby, (collectively, "Defendants") in the above-referenced action, pursuant to Local Rule 7.1.2(b), enclosed please find the Opinion on Cabela's LLC's Motion for a Preliminary Injunction in *Cabela's LLC v. Ryan Wellman, et al.,* C.A. No. 2018-0607-TMR issued on October 26, 2018 by the Court of Chancery for the State of Delaware.

                                      Respectfully submitted,

                                      RatnerPrestia

                                      */s/ Andrew J. Koopman*

                                      Andrew J. Koopman (No. 5288)

Enclosure
cc:    Counsel of Record (via CM/ECF)
        Matthew W. Walch, Esq. (via email)
4177637